Dismissed and Memorandum Opinion filed June 24, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00305-CV

____________

 

HERMILA CONCEPTION M. TREVINO, Appellant

 

V.

 

HECTOR AND MARIA DEL ROSARIO MENDEZ, Appellees

 



 

On Appeal from the 63rd District Court

Val Verde County, Texas

Trial Court Cause No. 217656

 



 

MEMORANDUM
OPINION

This appeal is from a judgment signed March 5, 2010.  No
clerk’s record has been filed.  The clerk responsible for preparing the record
in this appeal informed the court appellant did not make arrangements to pay
for the record.  

On May 17, 2010, notification was transmitted to all parties
of the court’s intention to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment.  See Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment
for the record. Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices
Anderson, Frost, and Seymore.